# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PA YANG, | No. 07-cv-0044 OWW TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE SCHEDULING ORDER (Doc. 7) |
| vs. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

On January 6, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. (Doc. 1). On January 9, 2007, the Court issued a scheduling order ("Order"). (Doc. 7). The Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response Plaintiff must file and serve an opening brief. (Id.).

On June 25, 2007, Defendant lodged the administrative record. (Doc. 15). Pursuant to the Order, Plaintiff was required to file her opening brief on or before October 1, 2007. (Doc. 7). To date, Plaintiff has failed to file an opening brief. (See docket sheet).

Accordingly, this Court ORDERS Plaintiff, no later than November 30, 2007, to show cause

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's Order. This Court will vacate this Order to Show Cause if Plaintiff files and serves her opening brief no later than November 26, 2007.

**Plaintiff is admonished that failure to timely comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **November 14, 2007**                                         /s/ Theresa A. Goldner
                                                                                         UNITED STATES MAGISTRATE JUDGE